IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

vs.

AARON ZANDER, et. al.

Defendant.

Case No. 3:12cr007(1-4)

JUDGE WALTER HERBERT RICE

# PRELIMINARY PRETRIAL ORDER; TRIAL DATE AND OTHER DATES SET

| | |
|---|---|
| Date of Preliminary Pretrial Conference | 1/27/2012 |
| Jury Trial Date | 3/19/2012 |
| Final Pretrial Conference (by telephone) | Monday, 3/12/2012 at 5:00 pm |
| Motion Filing Deadline<br>Oral and Evidentiary Motions | 2/27/2012 |
| Other Motions | 3/5/2012 |
| Discovery Cut-off | 3/5/2012 |
| Speedy Trial Deadline | 3/21/2012 |
| Further Status Conference | ------ |

January 27, 2012

WALTER HERBERT RICE
UNITED STATES DISTRICT JUDGE

Copies mailed to:
United States Attorney
Counsel of Record
United States Marshal
United States Pretrial Services
United States Probation Department

WHR:jdf