UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Case No. 3:12-CR-7 |
| vs. | : | Judge Walter H. Rice |
| AARON ZANDER, | : | |
| Defendant. | : | |

## ORDER

Defendant filed an ex parte application on February 17, 2012, for the issuance of subpoenas for the pretrial production of documentary evidence pursuant to Fed. R. Crim. P. 17(c). The Court finds that Defendant is indigent and that the documentary evidence requested by the Defendant is necessary to his defense. Accordingly, Defendant's application is granted. The subpoenas will be served by the office of the Federal Public Defender.

Walter H. Rice,
United States District Judge

Date: 2-17-12