IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

GEORGE A. BENTON,

    Defendant.

Case No. 3:12cr007 (3)

JUDGE WALTER H. RICE

---

ENTRY GRANTING DEFENDANT'S MOTION FOR ONE DAY FURLOUGH (DOC. #112); DETAILS AND CONDITIONS SET FORTH HEREIN

---

Defendant's request for a one day furlough from the Butler County Jail, for reasons set forth in the Memorandum in Support of his Motion for Furlough (Doc. #112), is deemed to be well taken and, therefore, same is sustained, upon the following conditions:

Defendant is required to answer a subpoena to appear in the Hamilton County Juvenile Court on May 7, 2013, at 2:05 p.m., for a hearing concerning the petition filed by his son's maternal grandmother, seeking custody of the Defendant's son. It is in the Defendant's and his son's best interests that the Defendant appear in court on the date and time specified in the subpoena.

Accordingly, Defendant is to be released from the Butler County Jail on May 7, 2013, no later than 8:00 a.m., in the custody of his fiancee, Veronda Baldwin, phone

number 513-484-7926, in order that said Defendant can change clothes, clean up, attend the hearing and then return to the Butler County Jail after said hearing, said time of return being no later than 6:00 p.m. on the aforesaid May 7, 2013. The aforesaid Veronda Baldwin is to pick up the Defendant at the Butler County Jail, transport him to the hearing and return him to the Butler County Jail, with Defendant remaining in her presence throughout the entirety of the ten hour furlough.

April 9, 2013

WALTER H. RICE
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of record
U.S. Marshals Service